IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05CR10023RGS**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | Count One<br>49 U.S.C. §5014(b)(1)<br>(Tampering with Hazardous Material) |
| CRISTINO COTTO COLON | Count Two:<br>49 U.S.C. §5124<br>(Tampering with Hazardous Material)<br>Counts Three-Four:<br>49 U.S.C. §46312(a)(1) and (a)(2)<br>(Transporting Hazardous Material) |

**INDICTMENT**

The Grand Jury Charges as follows:

I. The Hazardous Materials Transportation Act and the Federal Aviation Act

1. The Hazardous Materials Transportation Act and the Federal Aviation Act govern the transportation of hazardous materials in interstate, intrastate and foreign commerce by, among other things, aircraft. These acts require the Secretary of the Department of Transportation ("DOT") to designate as hazardous any materials that pose unreasonable risks to health and safety when transported in commerce, and to enact appropriate regulations to ensure the safe transportation of such materials in commerce. 49 U.S.C. Section 5101 *et seq.*; 49 U.S.C. §46312.

2. DOT has identified materials that are hazardous because they are capable of posing an unreasonable risk to health, safety and property when transported. The hazardous materials are listed by the chemical name or hazardous characteristic category, such as corrosive, combustible, toxic, flammable, and oxidizing materials, as set forth in Title 49 of the Code of Federal Regulations.

3. The term "hazardous materials" includes calcium hypochlorite, further classed as an oxidizer and identified by a United Nations number, a universally recognized identification number, UN2880. 49 C.F.R. §171.8; §172.101 and §173.127.

4. DOT rules and regulations prohibit any person from transporting hazardous materials in interstate, intrastate, and foreign commerce unless the hazardous materials are transported in accordance with safety requirements set forth in the regulations. 49 C.F.R. §171.1 and §171.2.

5. DOT rules and regulations prohibit any person from offering a hazardous material for transportation in commerce unless that hazardous material is properly classed, described, packaged, marked, labeled, and in condition for shipment as required or authorized by the applicable regulations. 49 C.F.R. §173.22(a)(1)-(4).

## COUNT ONE
## 49 U.S.C. §5104(b)(1)
### (Tampering with Hazardous Materials)

The Grand Jury restates the allegations set forth in Paragraphs 1-5 and further charges:

On or about July 6, 2004, at East Boston, in the District of Massachusetts,

**CRISTINO COTTO COLON**

the defendant herein, did knowingly alter, remove, destroy and otherwise tamper unlawfully with a marking and label on a package used to transport hazardous material, to wit, calcium hypochlorite, to an air carrier in interstate commerce.

All in violation of Title 49, United States Code, §5104(b)(1) and §5124 and 49 C.F.R. §172.400 and §172.426.

## COUNT TWO
### 49 U.S.C. §5124
### (Tampering with Hazardous Materials)

The Grand Jury restates the allegations set forth in Paragraphs 1-5 and further charges:

On or about July 6, 2004, at East Boston, in the District of Massachusetts,

**CRISTINO COTTO COLON**

the defendant herein, did knowingly and willfully fail to provide the shipper's certification, as required in accordance with rules and regulations prescribed by the Secretary of Transportation, related to the transportation of hazardous material, to wit, calcium hypochlorite, in air commerce.

All in violation of Title 49, United States Code, §5124 and 49 C.F.R. §172.204(c).

4

COUNT THREE
49 U.S.C. §46312(a)(1)
(Transporting Hazardous Material)

The Grand Jury restates the allegations set forth in Paragraphs 1-5 and further charges:

On or about July 6, 2004, at East Boston, in the District of Massachusetts,

**CRISTINO COTTO COLON**

the defendant herein, in violation of a regulation and requirement related to the transportation of hazardous material prescribed by the Secretary of Transportation, willfully delivered and caused to be delivered the property containing hazardous material, to wit, calcium hypochlorite, to an air carrier for transportation in air commerce.

All in violation of Title 49, United States Code, §46312(a)(1) and 49 C.F.R. §173.22(a)(1)-(4).

**COUNT FOUR**
**49 U.S.C. §46312(a)(2)**
(Transporting Hazardous Material)

The Grand Jury restates the allegations set forth in Paragraphs 1-5 and further charges:

On or about July 6, 2004, at East Boston, in the District of Massachusetts,

**CRISTINO COTTO COLON**

the defendant herein, in violation of a regulation and requirement related to the transportation of hazardous material prescribed by the Secretary of Transportation, recklessly caused the transportation to an air carrier for transportation in air commerce of property containing hazardous material, to wit, calcium hypochlorite.

All in violation of Title 49, United States Code, §46312(a)(2) and 49 C.F.R. §173.22(a)(1)-(4).

A TRUE BILL

/s/ [signature]
FOREPERSON OF THE GRAND JURY


/s/ [signature]
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS					February 2, 2005

Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas [signature]
Deputy Clerk

1:15 pm

**05 CR 10023 RGS**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. II  Investigating Agency  DOT/OIG

City  East Boston  Related Case Information:

County  Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  Cristino Cotto-COLON    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  URB Jardines De Lafayette, Q 5 Calle S, Arroyo, Puerto Rico 00714

Birth date (Year only): 1945  SSN (last 4 #): 2644  Sex M  Race: H`  Nationality: USA

Defense Counsel if known: _____  Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA  Nadine Pellegrini  Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/2/05    Signature of AUSA: _/s/ Nadine Pellegrini_

05 CR 10023 RGS

⬥JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Cristino Cotto-COLON

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 49 USC 5104 | Tampering with Hazardous Material | 1 |
| Set 2 | 49 USC 5124 | Tampering with Hazardous Material | 2 |
| Set 3 | 49 USC 46312 | Transportation of Hazardous Material | 3 |
| Set 4 | 49 USC 46312 | Transportation of Hazardous Material | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**