UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10023-RGS

UNITED STATES OF AMERICA

v.

CRISTINO COTTO COLON

**FURTHER ORDER ON EXCLUDABLE TIME**

April 25, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 8, 2005 through June 13, 2005,

that being the period between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated March 11, 2005 and this order, at the time of the Interim Status Conference on June 13, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge