UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA                05-10023-RGS

v.

CRISTINO COTTO COLON

                            REPORT ON
                        STATUS CONFERENCE


     On June 13, 2005, the parties appeared before this Court for a Status Conference. With regard to the following issues, the parties represent that:

1.  There areoutstanding discovery issues not yet presented or resolved by the Court.

2.  The government does expect to provide additional discovery based upon the requested analysis.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4.  The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5.  The defendant has not yet filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6.  There is a matter which requires a schedule be set in the case involving the analysis of the hazardous material.

7.  The parties have discussed the possibility of an early resolution of the case without trial. The parties have not, at this time, resolved this case.

8. There are periods of excludable delay under the Speedy Trial Act.

    (a) Total amount of time excludable under the Speedy Trial Act:

        Time from 3/11/05 until 4/8/05.

        Time from 4/8/05 until 6/13/05.

        Time from 6/13/05 until 9/7/05.

    (b) Amount of time remaining under the Speedy Trial Act before trial must commence:

        70 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 4 days.

By the government:                          By the Defendant:

/s/Nadine Pellegrini                        _____/s/Victoris Bonilla-Argudo

Nadine Pellegrini, AUSA                     Victoria Bonilla-Argudo, Esq.

Dated: 6/13/05