UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10023-RGS

UNITED STATES OF AMERICA

v.

CRISTINO COTTO COLON

**FURTHER ORDER ON EXCLUDABLE TIME**

June 13, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 13, 2005 through September 7, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 11, 2005, April 25, 2005 and this order, at the time of the Final Status Conference on September 7, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

  / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge