UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
            Plaintiff      )
                           )   Cr.# 05-10023-RGS
      v.                   )
                           )
CRISTINO COTTO-COLON       )
            Defendant      )
_____)
```

**DEFENDANT CRISTINO COTTO COLON'S ASSENTED TO MOTION TO SCHEDULE A RULE 11 HEARING AND CANCEL STATUS CONFERENCE**

This matter is scheduled for a Status Conference on Tuesday September 7, 2005. The purpose of the conference is for the parties to report to the Court whether the matter will be resolved by a plea or a trial. The defendant with the assent of the government requests that the Court cancel the conference and schedule the matter for a Rule 11 hearing on a date convenient to the Court.

Respectfully submitted,

/s/  *Victoria M. Bonilla*

Victoria M. Bonilla-Argudo
BBO# 558750
77 Central St., 2nd Fl.
Boston, MA 02109
617-350-6868

1