UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10023-RGS

UNITED STATES OF AMERICA

v.

CRISTINO COTTO COLON

**FINAL STATUS REPORT**

September 7, 2005

DEIN, M.J.

A final status conference was held before this court on September 7, 2005, at which time the court was notified by defendant's counsel that the defendant has requested that a Rule 11 hearing be scheduled. Consequently, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant intends to enter a plea.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated March 11, 2005, April 25, 2005 and June 13, 2005, at the time of the Final Status Conference on September 7, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.[1]

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).

5. The parties do not anticipate a trial.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge