```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA              CRIMINAL NO. 05-10023-RGS

v.

CRISTINO COTTO-COLON

                             REPORT ON
                      FINAL STATUS CONFERENCE
```

On 9/7/05, the parties appeared before this Court for a Final Status Conference.  With regard to the following issues, the parties represent that:

1.  There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6. There is no other matter which requires a schedule be set in the case.

7. The parties have determined that the case will resolve by a plea.

8. There are periods of excludable delay under the Speedy Trial Act and amount of time remaining under the Speedy Trial Act before trial must commence: 70 days

1

By the government:                          By the Defendant:


/s/Nadine Pellegrini                        /s/ Victoria Bonilla
Nadine Pellegrini, AUSA                     Victoria Bonilla, Esq.


Dated: 09/08/05