UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          05-10023-RGS

v.

CRISTINO COTTO COLON

**GOVERNMENT'S DISMISSAL OF COUNTS TWO, THREE AND FOUR OF INDICTMENT 05-10023-RGS**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses Counts 2, 3 and 4 of the above-captioned Indictment.

As grounds therefore, the United States notes that on September 28, 2005, the Defendant entered a plea of guilty to Count One.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                             By:   /S/ Nadine Pellegrini
                                          Nadine Pellegrini
                                          Assistant U.S. Attorney

Leave to file granted:

_____
RICHARD G. STEARNS
United States District Court Judge
Date: _____