UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          05-10023-RGS

v.

CRISTINO COTTO COLON

### GOVERNMENT'S DISMISSAL OF COUNTS TWO, THREE AND FOUR OF INDICTMENT 05-10023-RGS

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses Counts 2, 3 and 4 of the above-captioned Indictment.

As grounds therefore, the United States notes that on September 28, 2005, the Defendant entered a plea of guilty to Count One.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /S/ Nadine Pellegrini
     Nadine Pellegrini
     Assistant U.S. Attorney

Leave to file granted:

RICHARD G. STEARNS
United States District Court Judge
Date: 9-30-05